ACCEPTED
03-15-00586-CR
7645375
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 3:48:58 P
JEFFREY D. KYLE
CLERK

NO. 03-15-00586-CR

| | | |
|---|---|---|
| CRISPIN JAMES HARMEL | § | IN THE COURT OF APPEALS |
| | § | 3rd COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| v. | § | THIRD DISTRICT |
| | § | 11/2/2015 3:48:58 PM |
| | § | JEFFREY D. KYLE |
| STATE OF TEXAS | § | AUSTIN, TEXAS |

MOTION FOR EXTENSION OF TIME TO FILE BRIEF

NOW COMES THE STATE OF TEXAS, Appellee, by and through her

Assistant District Attorney, John C. Prezas[1], and moves the Court, pursuant to Texas

Rule of Appellate Procedure 38.6(d), to extend the deadline for filing the State's brief.

In support of its motion, the State would show the Court the following:

1. The State's Brief in this case is due on November 2, 2015.

2. No previous extensions of time have been requested by the State.

3. Appellant's brief was filed in this Court on October 13, 2015.

4. Mr. Prezas gave oral argument before this Court on October 22, 2015 in 03-14-00622-CR Greg Kelley vs. The State of Texas.

5. Mr. Prezas spent significant time preparing to represent the State in a live hearing

---

1 Mr. Prezas anticipates the record in this case to reflect questions, raised by counsel for Mr. Harmel, regarding a potential conflict of interest Mr. Prezas may have regarding this matter. To avoid any potential issues, Mr. Prezas has refrained from any involvement in the proceedings since the matter was raised and has not consulted, given information, or advised the Attorneys representing the State about these proceedings. Instead, Mr. Prezas has strived to maintain his distance from the proceedings in this matter. Mr. Prezas has been directed to respond to this appeal commensurate with his duties as an appellate prosecutor and intends to respond solely on the basis of the record and the law. In the even that this court ultimately denies this appeal and the prosecution of the case continues, Mr. Prezas intends to remain uninvolved in the proceedings in the trial court.

1

with multiple witnesses before a visiting judge on an application for habeas corpus set on October 30, 2015, in 92-435-K277A *State vs. Troy Dale Mansfield.* On the morning of October 30, 2015, the hearing was cancelled because heavy rains and flooding prevented visiting Judge Shaver from attending the hearing.

6. Mr. Prezas expects to file the State's brief in State vs. Rex Allen Nisbett 03-14-00402-CR on November 10, 2015.

7. Mr. Prezas expects to present a brief on November 17, 2015, and oral argument on November 19, 2015, on the constitutionality of the Penal Code section 33.021(c),(d) in response to a pre-trial writ of habeas corpus in 15-0431-K368A.

8. Mr. Prezas anticipates filing the State's brief in 03-14-00585-CR State vs. Leovardo Cantos prior to the November 19, 2015, deadline.

9. Mr. Prezas anticipates filing the State's brief in 03-14-00802-CR State vs. Pedro Elizondo Martinez prior to the December 8, 2015, deadline.

10. Mr. Prezas anticipates being out of the office for portions of November and December due to the closure of childcare for his young children, one of whom is 1 year old, during the Thanksgiving and Christmas holiday periods.

11. For the foregoing reasons, The State respectfully requests that the deadline for filing its brief in the above stated cause be extended for an additional sixty four (64) days from the current due date of November 2, 2015, to January 5, 2016.

2

WHEREFORE, PREMISES CONSIDERED, the State of Texas respectfully requests that this Court grant its motion for an extension of time and extend the State's deadline to file its brief to January 5, 2016.

Respectfully submitted,

**Jana Duty**
District Attorney
Williamson County, Texas

/s/ John C. Prezas
John C. Prezas
Assistant District Attorney
State Bar Number 24041722
405 Martin Luther King #1
Georgetown, Texas 78626
(512) 943-1248
(512) 943-1255 (fax)
jprezas@wilco.org

Certificate of Service

This is to certify that on November 2, 2015, a copy of the foregoing motion has been sent to Appellant's attorney of record, Kristen Jernigan, 207 S. Austin Ave., Georgetown, TX 78626, by eservice at kristen@txcrimapp.com.

/s/ John C. Prezas
John C. Prezas